IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL MORRIS PLAINTIFF

v. Case No. 6:26-cv-06079

SHERIFF MICHAEL MCCORMICK;
JEFFREY MICHAU; STEVEN ELROD;
LIEUTENANT MCFEE; and JOHN DOES 1-3 DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on August 12, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Plaintiff alleges that the Garland County Detention Center ("GCDC") mailroom policy and personnel deprived him of his right to appeal his federal sentence.[1] ECF No. 9. Judge Ford reviewed Plaintiff's federal criminal case, which reflects that Plaintiff informed his attorney that he did not wish to appeal his sentence and that the deadline to appeal other orders had passed before Plaintiff's transfer to the GCDC. Thus, Judge Ford finds that Plaintiff failed to allege a constitutional injury and recommends that his claims be dismissed without prejudice.

Plaintiff has not objected to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

[1] *United States v. Morris*, No. 6:18-cr-60014 (W.D. Ark. June 30, 2022).